UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY M. HERRERA,<br><br>Plaintiff,<br><br>v.<br><br>KATHLEEN ALLISON, et al.,<br><br>Defendants. | No.  1:25-cv-00055-SAB (PC)<br><br>ORDER OF INTRADISTRICT TRANSFER TO SACRAMENTO<br><br>(ECF No. 20) |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  Plaintiff initially filed this action in the Sacramento Division of the United States District Court for the Eastern District of California.  However, because Plaintiff's allegations in the original complaint alleged violations of his civil rights which took place in Kern County, the action was transferred to the Fresno Division.  (ECF Nos. 1, 4.)

On November 18, 2025, Plaintiff filed a first amended complaint.  (ECF No. 20.)  In the amended complaint, Plaintiff now alleges violations of his civil rights which took place at California State Prison, Sacramento.  (ECF No. 20.)  Thus, although the action was properly transferred to this Division based on the allegations in the original complaint which took place in Kern County, the allegations in the first amended complaint now lie in the Sacramento Division of the court.

1

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Sacramento Division of the court.

Good cause appearing, IT IS HEREBY ORDERED that:

1.  This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

2.  All future filings shall reference the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

IT IS SO ORDERED.

Dated:   **January 29, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2