UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY M. HERRERA,

      Plaintiff,

      v.

KATHLEEN ALLISON, et.al.,

      Defendants.

No.  2:26-cv-00245-CKD P

ORDER

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  In plaintiff's original complaint, filed December 26, 2024, plaintiff asserted claims arising from incidents occurring at Kern Valley State Prison in Kern County.  Since claims arising in Kern County must be brought in the Fresno Division of this court, the court transferred the case to Kern County.

      On October 8, 2025, a Fresno magistrate judge granted plaintiff leave to file an amended complaint.  In the amended complaint, ECF No. 20, plaintiff abandoned his claims arising in Kern County and instead asserted claims arising in Sacramento County.  The case was transferred back to this court.

      On April 7, 2026, the court screened plaintiff's amended complaint as the court is required to do under 28 U.S.C. § 1915A(a).  The amended complaint was dismissed for failure to state a claim upon which relief can be granted, plaintiff was provided guidance as to how he might be

1

able to state a claim upon which he can proceed, and plaintiff was given leave to file a second amended complaint. ECF No. 25.

Plaintiff filed a second amended complaint on May 18, 2026. Inexplicably, and as in plaintiff's original complaint, the claims all arise from incidents occurring at Kern Valley State Prison.

The court will not transfer this action to Fresno a second time. If plaintiff wishes to proceed on the claims identified in the second amendment complaint, plaintiff should bring them in a new complaint filed in a new case in Fresno. If plaintiff wishes to bring claims arising in Sacramento County akin to those identified in his amended complaint, plaintiff may do so in a third amended complaint filed here. Plaintiff is referred to the court's April 7, 2026, screening order for guidance as to the contents of his third amended complaint. If plaintiff only wishes to proceed on his claims arising in Kern County, he need not file a third amended complaint here, only an original complaint in a new action in Fresno.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's second amended complaint is dismissed without prejudice to plaintiff filing a new action in Fresno as to plaintiff's claims arising in Kern County.

2. With respect to any claims arising in Sacramento County, like those identified in plaintiff's amended complaint, plaintiff is granted thirty days from the date of service of this order to file a Third Amended Complaint. As to the contents of the third amended complaint, plaintiff should refer to the court's April 7, 2026, order for guidance. The third amended complaint must not contain any claims arising in Kern County. The third amended complaint must bear the docket number assigned this case and must be labeled "Third Amended Complaint." Failure to file a third amended complaint in accordance with this order will result in a recommendation that this action be dismissed.

Dated: June 8, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/herr0245.scrn2

2